IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| The Family Unit, Inc., | ) | Case No.:    4:17-3313-TLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| S.C. Department of Motor Vehicles; Kevin | ) | **COMPLAINT** |
| A. Shwedo, in his official capacity as | ) | |
| Executive Director of the South Carolina | ) | |
| Department of Motor Vehicles; S.C. State | ) | |
| Election Commission; and Marci Andino, in | ) | |
| her official capacity as Executive | ) | |
| Director of the South Carolina State | ) | |
| Election Commission, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JURISDICTION AND VENUE

1.      Plaintiff, The Family Unit, Inc., is a non-profit organization with its principal office in Sumter, S.C.  The Family Unit, Inc. advocates on behalf of inmates and ex-offenders in South Carolina, helping them and their families with issues such as medical care, education, employment, and registering to vote.  Plaintiff sues on behalf of the current and former inmates it helps who are required to pay Fifty Dollars ($50.00) to obtain drivers' licenses and state identification cards required by S.C. Code Ann. § 56-1-146 and S.C. Code Ann. § 56-1-148.

2.       Plaintiff also sues on its own behalf. The Family Unit, Inc. has invested hundreds of dollars over the past three (3) years in its attempts to obtain state identification cards for former offenders. Plaintiff is substantially burdened in its mission by the continued practice of charging former violent offenders for drivers' licenses and State identification cards under S.C. Code Ann. § 56-1-148.

3.      Defendant S.C. Department of Motor Vehicles ("SCDMV") is a State agency that administers the State's motor vehicles licensing and titling laws to deliver identification, licenses, and property records.  Defendant SCDMV has offices in Charleston County and does business in the Charleston County.

4.      Defendant Kevin A. Shwedo is the Executive Director of SCDMV and is charged by law with administering the operations of SCDMV.  The Executive Director is sued in his official capacity, as are his agents and successors in office.

5.      Defendant S.C. State Election Commission ("SCSEC") is a State agency that ensures eligible citizens have the opportunity to register to vote and participate in elections. Defendant SCSEC has offices in Columbia, South Carolina and does business throughout the State, including in Charleston County, South Carolina.

6.      Defendant Andino is the Executive Director of SCSEC and is charged by law with administering the operations of SCSEC.  The Executive Director is sued in her official capacity, as are her agents and successors in office.

7.      Jurisdiction and venue are proper in this Court pursuant to 28 U.S.C. § 1331 and 1343. Declaratory relief is authorized by 28 U.S.C. §§ 2201 and 2202.

8.      Venue is proper in this District pursuant to 28 U.S.C. § 1391 (b) as Defendants do business in Sumter County and Plaintiff's principal office is in Sumter County.

### STATUTORY, REGULATORY, AND POLICY FRAMEWORK

#### S.C. Code Ann. § 56-1-3350

9.      Section 56-1-3350 (C) (2) of the South Carolina Code Annotated provides for the issuance of special identification cards which "*must be free* to a person aged seventeen years or

older." (emphasis added).  The fee for the issuance of the special identification card is five dollars for a person between the ages of five and sixteen years.  *Id*. at (C) (1).

10.     S. C. Code Ann. § 56-1-3350 was amended in 2016 to delete any fee related to the issuance of special identification cards.

11.     Previously, there had been a ten dollar ($10.00) fee charged to obtain a SCMV issued special identification card.

12.     The reason for the amendment was to ensure the SCDMV fee was not considered a poll tax once the S.C. Legislature required a photo ID for voting.

S.C. Code Ann. § 56-1-140

13.     Section 56-1-140 of the South Carolina Code Annotated provides for the issuance of licenses and in relevant part states:

> Upon payment of a fee of twelve dollars and fifty cents for a license that is valid for five years, or twenty five dollars for a license that is valid for ten years, the Department of Motor Vehicles shall issue to every qualified applicant a driver's license as applied for by law.

S.C. Code Ann. § 56-1-146 and 148

14. Section 56-1-146 of the South Carolina Annotated Code states:

> When a person is convicted of or pleads guilty or *nolo contendere* to a crime of violence as defined in Section 16-23-10 (3) on or after July 1, 2011, in this State, the clerk of court must notify, by mail electronic mail, or facsimile the Department of Motor Vehicles within thirty days of the conviction of guilt or nolo contender plea.  The Department of Motor Vehicles must then notify the person who was convicted of the crime of violence as defined in Section 16-23-10 (3) that he must surrender his driver's license or special identification card to the Department of Motor Vehicles by mail or in person, and the Department of Motor Vehicles shall issue to the person by mail or in person a driver's license or special identification card with the identifying code as referenced in Section 56-1-148.  If the person convicted of a crime of violence as defined in Section 16-23-10(3) fails to surrender his driver's license or special identification card to the Department of Motor Vehicles, the driver's license or special identification card is considered cancelled.

15.     Section 56-1-148 (B) of the South Carolina Annotated Code requires the affixing of an "identifying code" to the driver's license and special identification cards of persons convicted of pled guilty to or nolo contender to a crime of violence as defined in S.C. Code Ann. § 16-23-10 (3).

16.     "Identifying code" means "a symbol, number, or letter of the alphabet developed by the department to identify a person convicted of or pleading guilty or *nolo contendere* to a crime of violence as defined in Section 16-23-10 (3) on or after July 1, 2011.  The symbol, number, or letter of the alphabet shall not be defined on the driver's license or special identification card."  This Section further states "The department shall charge a fee of fifty dollars for affixing the identifying code… This fee is in addition to the fee provided for in Section 56-1-140.  This fee must be placed by the Comptroller General into a special restricted account to be used by the department to defray expenses associated with this section." *Id*. at 56-1-148 (D).

S.C. Code Ann. § 16-23-10 (3) ("Crimes of Violence")

17.     Section 16-23-10 (3) of the South Caroline Code Annotated defines a "crime of violence" as:

> …. murder, manslaughter (except negligent manslaughter arising out of traffic accidents), rape, mayhem, kidnapping, burglary, robbery, housebreaking, assault with intent to kill, commit rape, or rob, assault with a dangerous weapon, or assault with intent to commit any offense punishable by imprisonment for more than one year.

Practices of SCDMV

18.     Pursuant to State law, SCDMV cannot issue a driver's license or state identification card to an individual who has been convicted of a "crime of violence" as described by S.C. Code Ann. § 16-23-10 (3) without payment of a fifty dollar ($50.00) fee.

19. All other residents of South Carolina over the age of seventeen (17) are otherwise eligible for a special identification card without charge.

20. SCDMV charges an additional fifty dollar ($50.00) fee for persons convicted of a crime of violence as defined in Section 16-23-10 (3) before SCDMV will issue a driver's license or special identification card per S.C. Code §§ 56-1-148 (D) and (E).

<u>S.C. Code Ann. §§ 7-5-110 and 120 (Voter Registration and Qualifications)</u>

21. Pursuant to Section 7-5-110, "No person shall be allowed to vote at any election unless he shall be registered as herein required."

22. Pursuant to Section 7-5-120:

(A) Every citizen of this State and the United States who applies for registration must be registered if he meets the following qualifications:
    (1) meets the age qualification as provided in Section 4, Article II of the Constitution of this State;
    (2) is not laboring under disabilities named in the Constitution of 1895 of this State; and
    (3) is a resident in the county and in the polling precinct in which the elector offers to vote.
(B) A person is disqualified from being registered or voting if he:
    (1) is mentally incompetent as adjudicated by a court of competent jurisdiction; or
    (2) is serving a term of imprisonment resulting from a conviction of a crime; or
    (3) is convicted of a felony offense against the election laws, unless the disqualification has been removed by service of the sentence, including probation and parole time unless sooner pardoned.
    <u>S.C. Code Ann. § 7-13-710 (Proof of right to vote)</u>

23. Pursuant to Section 7-13-710:

(A) When a person presents himself to vote, he shall produce a valid and current:
    i. South Carolina driver's license; or
    ii. other form of identification containing a photograph issued by the Department of Motor Vehicles; or
    iii. a passport; or
    iv. military identification containing a photograph issued by the federal government; or

v.     South Carolina voter registration card containing a photograph of the voter pursuant to Section 7-5-675.

## FACTS

24.     Plaintiff is a non-profit organization located in Sumter County that helps currently and formerly incarcerated men and women and their families. The Family Unit, Inc. has paid hundreds of dollars over the past three years, in an effort to help men and women who were once incarcerated, and who are trying to get acclimated into society.

25.     Plaintiff's President's Declaration is attached hereto and made a part hereof. As explained in this Declaration, Plaintiff has helped at least three individuals pay the fifty ($50.00) fee to obtain state identification cards, which has decreased the funds Plaintiff has available to provide help to other people it serves.

**FOR A FIRST CAUSE OF ACTION**
**(Violation of the Twenty-Fourth Amendment)**

26.     Plaintiff repeats and incorporates the allegations contained in the preceding paragraphs as if repeated verbatim herein.

27.     The Twenty-Fourth Amendment of the United States Constitution provides:

> The right of citizens of the United States to vote in any primary or other election for President or Vice President, for electors for President or Vice President, or for Senator or Representative in Congress, shall not be denied or abridged by the United States or any State by reason of failure to pay any poll tax or other tax.

28.     S.C. Code Ann. § 7-13-710 requires a person who presents his or herself to vote to produce a South Carolina driver's license, other form of identification containing a photograph issued by the Department of Motor Vehicles, a passport, military identification containing a photograph issued by the federal government, or a South Carolina voter registration card containing a photograph.

29.     S.C. Code Ann. § 56-1-148 (D) and (E)'s imposition of a fifty dollar ($50.00) fee to obtain a driver's license or special identification card for persons convicted of certain criminal offenses when all other persons are not required to violates the Twenty-Fourth Amendment of the United States Constitution because S.C. Code Ann. § 56-1-148 (D) and (E) create an inequality in the right to vote. These code sections require the extra fee from persons who have completed their felony sentences and who otherwise are eligible to register to vote.

30.     Defendants' actions in enforcing subsections (D) and (E) of S.C. Code Ann. § 56-1-148 violate the Twenty-Fourth Amendment of the U.S. Constitution.

## FOR A SECOND CAUSE OF ACTION
### (Declaratory Judgment)

31.     Plaintiff repeats and incorporates the allegations contained in the preceding paragraphs as if repeated verbatim herein.

32.     There is an actual controversy within this Court's jurisdiction regarding whether the portions of S.C. Code Ann. § 56-1-148 requiring persons who have completed their felony sentences and who otherwise are eligible to register to vote to pay a fee in order to obtain the requisite photo ID  in order to vote violate the Twenty-Fourth Amendment's prohibition against poll taxes.

33.     Plaintiff requests this Court declare that S.C. Code Ann. § 56-1-148 (D) and (E) violate the Twenty-Fourth Amendment to the United States Constitution's prohibition on poll taxes by imposing an erroneous fee for certain South Carolina citizens to obtain a driver's license or special identification card.

34.     There is an additional reason for declaring S.C. Code Ann. § 56-1-148 (D) and (E) invalid.  S.C. Code Ann. § 56-1-148 (D) and (E), enacted in 2011, require a fifty dollar ($50.00) fee for a driver's license  or state identification card  but in 2016, S.C. Code Ann. § 56-

1-3350 (C) (2) was enacted and that statute states that an identification card *must* be free to a person seventeen years or older.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A.     Issue a judgment declaring that S.C. Code Ann. § 56-1-148  (D) and (E) are invalid as they unconstitutionally violate the Twenty Fourth Amendment as the payment of a fifty dollar ($50.00) fee to be able to obtain a photo ID to vote constitutes an illegal poll tax;

B.     Order Defendant SCDMV to issue all former convicted violent offenders a special identification card and/or Driver's License without payment of an additional fifty dollar ($50.00) fee;

C.     Order Defendant SCSEC to allow all former convicted violent offenders who are otherwise eligible to register to vote, the ability to register to vote without payment of a fee;

D.     Grant Plaintiff its reasonable attorney's fees, costs and expenses; and

E.     Grant such other and further relief as may be just and equitable.

**SIGNATURE BLOCK ON FOLLOWING PAGE**

Respectfully submitted,


**Bloodgood & Sanders, LLC**
 s/Nancy Bloodgood
Nancy Bloodgood
Federal Bar # 5208
242 Mathis Ferry Rd., Suite 201
Mt. Pleasant, SC 29464
Telephone: (843) 972-0313
Email: nbloodgood@bloodgoodsanders.com

AND

**American Civil Liberties Union**
**Foundation of South Carolina**
 s/Susan K. Dunn
Susan K. Dunn
Federal Bar #647
P.O. Box 20998
Charleston, S.C. 29413-0998
Tel: (843) 282-7953
Fax: (843) 720-1428
sdunn@aclusc.org
Attorneys for Plaintiff


Date:  December 8, 2017
Charleston, South Carolina